# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| Hugh Ellis | Civil Action No. 16-01055 |
| versus | Judge Elizabeth E. Foote |
| Jeffrey B. Sessions, III et al | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons stated in the Amended Report and Recommendation of the Magistrate Judge previously filed herein, *R. 30*, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Respondents' Motion to Dismiss [Rec. Doc. 28] be **GRANTED** and that this § 2241 petition for a writ of habeas corpus be **DENIED AND DISMISSED WITH PREJUDICE** as **MOOT**

THUS DONE AND SIGNED this 2nd day of September, 2017.

Elizabeth E. Foote
United States District Judge